UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS COLLINS, et al.,<br><br>Defendants.<br>_____/ | No. CR 11-00471 DLJ (LB)<br><br>**ORDER REGARDING CRIMINAL SETTLEMENT CONFERENCE** |

The court held a settlement conference today. The parties agreed to the following:

1. The defendants agreed to confer immediately following the settlement conference about the specific matters discussed.

2. The government will provide the additional information to defendants (either in one global letter or by individual letter as discussed) within one week. Thereafter, the defendants will respond to the government in one week.

3. The parties will submit a stipulation to continue the case management conference currently set for Thursday, May 16, 2013, for about six weeks to Thursday, June 27, 2013, for status and/or change of plea.

4. The undersigned did not have an opportunity to meet with all defendants individually, and some were absent without prior approval (in contravention of the court's order). To that end, if there are any issues surrounding the final conveying of information in paragraph 2, the court will meet

individually with counsel and clients in either week three or four.

5. The court also documents that the settlement conference ran late enough that it implicated the ability of some defendants to travel back on their scheduled flights. At around 4 p.m., the court tried to call the Marshals desk because in similar circumstances, travel plans were altered. As of 5 p.m., no one had called back with a definitive answer. The defendants also discussed the issues directly with the Marshals Service, who told them that the travel agent had closed for the day and suggested that the undersigned issue this order to provide authority for rescheduling should the defendants not be able to do it directly. The parties are directed to try to address the issue by calling the airlines directly.

**IT IS SO ORDERED.**

Dated: May 13, 2013

LAUREL BEELER
United States Magistrate Judge