MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON  (DCBN 41241)
Chief, Criminal Division

E-FILING

MATTHEW A. PARRELLA (NYBN 2040855)
HANLEY CHEW (CABN 189985)
Assistant United States Attorneys

　150 Almaden Blvd., 9th Floor
　San Jose, California 95113
　Telephone: (408) 535-5042
　FAX: (408) 535-5066
　matthew.parrella@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DENNIS COLLINS, CHRISTOPHER WAYNE COOPER, JOSHUA JOHN COVELLI, KEITH WILSON DOWNEY, MERCEDES RENEE HAEFER, DONALD HUSBAND, VINCENT CHARLES KERSHAW, ETHAN MILES, JAMES C. MURPHY, DREW ALAN PHILLIPS, JEFFREY PUGLISI, DANIEL SULLIVAN, TRACY ANN VALENZUELA, AND CHRISTOPHER QUANG VO,<br><br>　　　　Defendants.<br>_____ | No.  CR 11-00471-DLJ<br><br>**STIPULATION AND []<br>ORDER CONTINUING STATUS<br>CONFERENCE FROM SEPTEMBER<br>26, 2013 TO OCTOBER 31, 2013 AND<br>EXCLUDING TIME FROM<br>SEPTEMBER 26, 2013 TO OCTOBER<br>31, 2013, FROM CALCULATIONS<br>UNDER THE SPEEDY TRIAL ACT (18<br>U.S.C. § 3161)**<br><br>) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>San Jose Venue |

The parties hereby request that the Court enter this order vacating the status conference

in this matter scheduled for September 26, 2013, setting a further status conference/potential

STIP. & [] ORDER
NO. CR 11-00471-DLJ

change of plea hearing for October 31, 2013, and excluding time from September 26, 2013 through October 31, 2013. The parties, including the defendants, stipulate as follows:

1.     Defendants understand and agree to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from September 26, 2013 through October 31, 2013, based upon the need for the defense counsel to investigate further the facts of the present case. The government has provided considerable discovery in the present case, and defense counsel need time to review the discovery, evaluate further possible defenses and motions available to the defendant. Moreover, the government has provided plea agreements to defendants to resolve this case. The parties are continuing to discuss the terms of those plea agreements and need additional time to complete those discussions.

2.     The attorney for defendants join in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believe the exclusion of time is necessary for effective preparation of the defense; believe the exclusion is in the defendant's best interests; and further agree that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from September 26, 2013 through October 31, 2013.

Given these circumstances, the parties believe, and request that the Court vacate the September 26, 2013 status conference, set October 31, 2013 as a further status/potential change in plea hearing and find, that the ends of justice are served by excluding from calculations the period from September 26, 2013 through October 31, 2013, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).


IT IS SO STIPULATED.

DATED: 9/20/13                          _____/s/_____
                                        PETER LEEMING

DATED: 9/20/13                          _____/s/_____
                                        W. MICHAEL WHELAN

DATED:  9/20/13                         _____/s/_____
                                        THOMAS NOLAN

STIP. & [] ORDER
NO. CR 11-00471-DLJ

1   DATED:  9/20/13                          _____/s/_____
                                             JOHN M. HAMASAKI
2
3   DATED:  9/20/13                          _____/s/_____
                                             STANLEY L. COHEN
4   DATED:  9/20/13                          _____/s/_____
                                             EAN VIZZI
5
6   DATED:  9/20/13                          _____/s/_____
                                             OMAR FIGUEROA
7   DATED:  9/20/13                          _____/s/_____
                                             GRAHAM ARCHER
8
9   DATED:  9/20/13                          _____/s/_____
                                             ROBERT CAREY
10  DATED:  9/20/13                          _____/s/_____
                                             GEORGE BOISSEAU
11
12  DATED:  9/20/13                          _____/s/_____
                                             JOHN D. LUECK
13  DATED:  9/20/13                          _____/s/_____
                                             MICHELLE SPENCER
14
15  DATED:  9/20/13                          _____/s/_____
                                             JAMES McNAIR THOMPSON
16  DATED:  9/20/13                          _____/s/_____
                                             ALEXIS BRIGGS
17
18  DATED:  9/20/13                          _____/s/_____
                                             MATTHEW A. PARRELLA
                                             HANLEY CHEW
19                                           Assistant United States Attorneys

20

21                                  **[] ORDER**

22          Having considered the stipulation of the parties, the Court finds that: (1) the defendant

23  understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18

24  U.S.C. § 3161, from September 26, 2013 through October 31, 2013 based upon the need for the

25  defense counsel to investigate further the facts of the present case, review the discovery that the

26  government has already provided and evaluate further possible defenses and motions available to

27  the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and

28

STIP. & [] ORDER
NO. CR 11-00471-DLJ

is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from September 26, 2013 through October 31, 2013.

Accordingly, the Court further orders that (1) the status conference in this matter scheduled for September 26, 2013 is vacated; (2) a further status conference/potential change of plea hearing is scheduled for October 31, 2013; and (3) the time from September 26, 2013 through October 31, 2013 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED:_____

_____
THE HONORABLE D. LOWELL JENSEN
United States District Court Judge