1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3

4

5                                              **Filed**

6                                          DEC 3 – 2013

7                                    RICHARD W. WIEKING
                                   CLERK, U.S. DISTRICT COURT
                                 NORTHERN DISTRICT OF CALIFORNIA
8                                          SAN JOSE

                      UNITED STATES DISTRICT COURT

9

10                   NORTHERN DISTRICT OF CALIFORNIA

                            SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,        )   CASE NO.  CR 11-00471 DLJ
                                     )
13         Plaintiff,                )   VIOLATION: 18 U.S.C. §§ 1030(b),  (c)(4)(A)(i)(I) –
                                     )   Conspiracy; 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i)
14     v.                            )   – Intentional Damage to a Protected Computer (Class
                                     )   A Misdemeanor); 18 U.S.C. §§ 1030(a)(5)(B),
15  CHRISTOPHER COOPER, JOSHUA JOHN   )   (c)(4)(G)(i) – Reckless Damage to a Protected
    COVELLI, KEITH DOWNEY, MERCEDES   )   Computer (Class A Misdemeanor)
16  HAEFER, DONALD HUSBAND, VINCENT   )
    KERSHAW, ETHAN MILES, JAMES       )
17  MURPHY, DREW ALLAN PHILLIPS,      )
    JEFFREY PUGLISI, DANIEL SULLIVAN, )
18  TRACY ANN VALENZUELA, and         )
    CHRISTOPHER VO,                   )
19                                    )
           Defendants.                )
20  _____ )

21             S U P E R S E D I N G   I N F O R M A T I O N

22  The United States Attorney charges:

23  Introductory Allegations:

24     At all times relevant to this Indictment:

25         1.      PayPal, Inc. ("PayPal") was an e-commerce business, wholly-owned by eBay,

26  Inc., with headquarters and computer servers located in San Jose, California, that enabled payments and

27
    NO. CR 11-00471 DLJ
28  SUPERSEDING INFORMATION

money transfers to be made over the Internet. These online money transfers served as electronic alternatives to traditional paper payment methods, such as checks and money orders. PayPal required its customers to abide by its terms of service, and conducted business in interstate and foreign commerce. PayPal's computers were used in and affecting interstate and foreign commerce and communication.

2.      WikiLeaks was an international non-profit organization that published submissions of otherwise unavailable documents from anonymous sources. The WikiLeaks website stated that WikiLeaks provided an innovative, secure, and anonymous way for independent sources to leak information. WikiLeaks' only revenue stream was through donations, and it conducted its collection of donations through PayPal, among others. Julian Assange was the founder, main spokesperson, and editor-in-chief for WikiLeaks.

3.      Anonymous, also known as AnonOps ("Anonymous"), was an online collective of individuals that was associated with collaborative hacking attacks motivated by political and social goals, often referred to as "hactivism."

4.      A Distributed Denial of Service ("DDoS") was a hacking attack that attempted to render a computer resource unavailable to its intended users. One common DDoS attack attempted to saturate the target computer or network with external communications requests, such that the target could not respond to legitimate traffic, or responded so slowly as to render the target effectively unavailable.

5.      A Low Orbit Ion Cannon ("LOIC") was an open source computer program that was originally designed as a network stress testing application, but which was also used as a tool by DDoS attackers. Attackers used LOIC to send extremely large amounts of packets or requests over a network in an attempt to overwhelm a target. Attackers configured LOIC in two ways: Manual mode or HIVE mode. In Manual mode, an individual attacker had to enter a specific target, such as the IP address or the http address of the target. The HIVE mode enabled an attacker to connect their LOIC to an Internet Relay Chat Server, which allowed a third party to control at which specific target all HIVE-mode LOIC attackers would be aimed.

Anonymous DDoS Attacks on PayPal:

6.      In late November 2010, WikiLeaks released a large amount of classified United States

NO. CR 11-00471 DLJ
SUPERSEDING INFORMATION

2

1   State Department cables on its website.  Citing violations of the PayPal terms of service, and in response

2   to WikiLeaks' release of the classified cables, PayPal suspended WikiLeaks' accounts such that

3   Wikileaks could no longer receive donations via PayPal.  WikiLeaks' website declared that PayPal's

4   action "tried to economically strangle WikiLeaks."

5          7.      In retribution for PayPal's termination of WikiLeaks' donation account, Anonymous co-

6   ordinated and executed DDoS attacks against PayPal's computer servers using LOIC.  Anonymous

7   referred to these co-ordinated attacks on PayPal as "Operation Avenge Assange."

8   <u>COUNT ONE</u>:        (18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I)  – Conspiracy)

9          8.      The factual allegations contained in Paragraphs 1 through 7 are realleged

10  and incorporated herein by reference as if set forth in full.

11         9.      On or about a date unknown but at least by December 6, 2010, and continuing to on or

12  about December 10, 2010 , in the Northern District of California and elsewhere, the defendants,

13

14                          CHRISTOPHER COOPER,
                            JOSHUA JOHN COVELLI,
15                              KEITH DOWNEY,
                            MERCEDES HAEFER,
16                           DONALD HUSBAND,
                            VINCENT KERSHAW,
17                              ETHAN MILES,
                             JAMES MURPHY,
18                         DREW ALLAN PHILLIPS
                            JEFFREY PUGLISI,
19                           DANIEL SULLIVAN,
                           CHRISTOPHER VO, and
20                        TRACY ANN VALENZUELA,

21  did knowingly conspire and agree with each other and other persons known and unknown

22  to commit Intentional Damage to a Protected Computer, in violation of  18 U.S.C. §§

23  1030(a)(5)(A) & (c)(4)(A)(i)(I), that is to commit a DDoS attack on PayPal's protected computers.

24         All in violation of Title 18, United States Code, Sections 1030(b) & (c)(4)(A)(i)(I).

25

26

27

28  NO. CR 11-00471 DLJ
    SUPERSEDING INFORMATION

                                          3

COUNT TWO:     (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected Computer)

10.    Between December 6, 2010 and December 10, 2010, in the Northern District of California and elsewhere, the defendant,

CHRISTOPHER COOPER,

did knowingly cause the transmission of a program, information, code or command, to wit, the Low Orbit Ion Cannon (LOIC) software program, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, to wit, the PayPal web server, a computer used in interstate and foreign commerce and communication.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A misdemeanor.

COUNT THREE:     (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected Computer)

11.    Between December 6, 2010 and December 10, 2010, in the Northern District of California and elsewhere, the defendant,

JOSHUA JOHN COVELLI,

did knowingly cause the transmission of a program, information, code or command, to wit, the Low Orbit Ion Cannon (LOIC) software program, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, to wit, the PayPal web server, a computer used in interstate and foreign commerce and communication.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A misdemeanor.

COUNT FOUR:     (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected Computer)

12.    On or about December 16, 2010, in the Northern District of California and elsewhere, the defendant,

JOSHUA JOHN COVELLI,

did knowingly cause the transmission of a program, information, code or command, to wit, the High

NO. CR 11-00471 DLJ
SUPERSEDING INFORMATION

1   Orbit Ion Cannon (HOIC) software program, and as a result of such conduct, intentionally caused

2   damage without authorization to a protected computer, to wit, the Santa Cruz County web server, a

3   computer used in interstate and foreign commerce and communication.

4          All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A

5   misdemeanor.

6   COUNT FIVE:          (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected
                        Computer)
7
8          13.    Between December 6, 2010 and December 10, 2010, in the Northern District of

9   California and elsewhere, the defendant,

                              KEITH DOWNEY,
10
    did knowingly cause the transmission of a program, information, code or command, to wit, the Low
11
    Orbit Ion Cannon (LOIC) software program, and as a result of such conduct, intentionally caused
12
    damage without authorization to a protected computer, to wit, the PayPal web server, a computer used in
13
    interstate and foreign commerce and communication.
14
           All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A
15
    misdemeanor.
16   COUNT SIX: (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected
                        Computer)
17
18         14.    Between December 6, 2010 and December 10, 2010, in the Northern District of

19   California and elsewhere, the defendant,

20                            MERCEDES HAEFER,

21   did knowingly cause the transmission of a program, information, code or command, to wit, the Low

22   Orbit Ion Cannon (LOIC) software program, and as a result of such conduct, intentionally caused

23   damage without authorization to a protected computer, to wit, the PayPal web server, a computer used in

24   interstate and foreign commerce and communication.

25         All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A

26   misdemeanor.

27
    NO. CR 11-00471 DLJ
28   SUPERSEDING INFORMATION

1  COUNT SEVEN:      (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected
                     Computer)
2

3       15.    Between December 6, 2010 and December 10, 2010, in the Northern District of

4  California and elsewhere, the defendant,

5                                  DONALD HUSBAND,

6  did knowingly cause the transmission of a program, information, code or command, to wit, the Low

7  Orbit Ion Cannon (LOIC) software program, and as a result of such conduct, intentionally caused

8  damage without authorization to a protected computer, to wit, the PayPal web server, a computer used in

   interstate and foreign commerce and communication.
9
        All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A
10
   misdemeanor.
11

12 COUNT EIGHT:      (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected
                     Computer)
13

14      16.    Between December 6, 2010 and December 10, 2010, in the Northern District of

15 California and elsewhere, the defendant,

16                                 VINCENT KERSHAW,

17 did knowingly cause the transmission of a program, information, code or command, to wit, the Low

18 Orbit Ion Cannon (LOIC) software program, and as a result of such conduct, intentionally caused

19 damage without authorization to a protected computer, to wit, the PayPal web server, a computer used in

   interstate and foreign commerce and communication.
20
        All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A
21
   misdemeanor.
22

23 COUNT NINE:       (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected
                     Computer)
24
        17.    Between December 6, 2010 and December 10, 2010, in the Northern District of
25
   California and elsewhere, the defendant,
26
                                   ETHAN MILES,
27

28 NO. CR 11-00471 DLJ
   SUPERSEDING INFORMATION

                                              6

did knowingly cause the transmission of a program, information, code or command, to wit, the Low Orbit Ion Cannon (LOIC) software program, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, to wit, the PayPal web server, a computer used in interstate and foreign commerce and communication.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A misdemeanor.

COUNT TEN: (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected Computer)

18.    Between December 6, 2010 and December 10, 2010, in the Northern District of California and elsewhere, the defendant,

JAMES MURPHY,

did knowingly cause the transmission of a program, information, code or command, to wit, the Low Orbit Ion Cannon (LOIC) software program, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, to wit, the PayPal web server, a computer used in interstate and foreign commerce and communication.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A misdemeanor.

COUNT ELEVEN:    (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected Computer)

19.    Between December 6, 2010 and December 10, 2010, in the Northern District of California and elsewhere, the defendant,

DREW ALLAN PHILLIPS,

did knowingly cause the transmission of a program, information, code or command, to wit, the Low Orbit Ion Cannon (LOIC) software program, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, to wit, the PayPal web server, a computer used in interstate and foreign commerce and communication.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A

NO. CR 11-00471 DLJ
SUPERSEDING INFORMATION

1   misdemeanor.

2   <u>COUNT TWELVE</u>: (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected
3                    Computer)

4        20.    Between December 6, 2010 and December 10, 2010, in the Northern District of

5   California and elsewhere, the defendant,

6                        JEFFREY PUGLISI,

7   did knowingly cause the transmission of a program, information, code or command, to wit, the Low

8   Orbit Ion Cannon (LOIC) software program, and as a result of such conduct, intentionally caused

9   damage without authorization to a protected computer, to wit, the PayPal web server, a computer used in

10  interstate and foreign commerce and communication.

11        All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A

12  misdemeanor.

13  <u>COUNT THIRTEEN</u>: (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected
14                     Computer)

15       21.    Between December 6, 2010 and December 10, 2010, in the Northern District of

16  California and elsewhere, the defendant,

17                    DANIEL SULLIVAN,

18  did knowingly cause the transmission of a program, information, code or command, to wit, the Low

19  Orbit Ion Cannon (LOIC) software program, and as a result of such conduct, intentionally caused

20  damage without authorization to a protected computer, to wit, the PayPal web server, a computer used in

     interstate and foreign commerce and communication.

21        All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A

22  misdemeanor.

23  <u>COUNT FOURTEEN</u>: (18 U.S.C. §§ 1030(a)(5)(B), (c)(4)(G)(i) – Reckless Damage to a Protected
24                     Computer)

25       22.    Between December 6, 2010 and December 10, 2010, in the Northern District of

26  California and elsewhere, the defendant,

27

28  NO. CR 11-00471 DLJ
     SUPERSEDING INFORMATION

TRACY ANN VALENZUELA,

knowingly and intentionally accessed a protected computer without authorization, to wit, Paypal's web server, and as a result of such conduct, recklessly caused damage to that computer.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(B), (c)(4)(G)(i), a Class A misdemeanor.

COUNT FIFTEEN:   (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(G)(i) – Intentional Damage to a Protected Computer)

23.    Between December 6, 2010 and December 10, 2010, in the Northern District of California and elsewhere, the defendant,

CHRISTOPHER VO,

did knowingly cause the transmission of a program, information, code or command, to wit, the Low Orbit Ion Cannon (LOIC) software program, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, to wit, the PayPal web server, a computer used in interstate and foreign commerce and communication.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(G)(i), a Class A misdemeanor.

Dated:  12/3/13

MELINDA HAAG
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

NO. CR 11-00471 DLJ
SUPERSEDING INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION   Filed

### OFFENSE CHARGED

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(I)
Intentional Damage to a Protected Computer - 18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)
Reckless Damage to a Protected Computer - 18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)

☐ Petty
☐ Minor
☒ Misde-meanor
☒ Felony

PENALTY:   Count 1 -5 years imprisonment; $250,000 fine, 3 years supervised release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year supervised release; $25 mandatory assessment each count

DEFENDANT - U.S   DEC 3 - 2013

▶ Christopher Cooper   RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DISTRICT COURT NUMBER

11-00471 DLJ

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☒ SUPERSEDING

─── OFFENSE CHARGED ───

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(I)
Intentional Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)(I)
Reckless Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)(I)

☐ Petty
☐ Minor
☒ Misde-
meanor
☒ Felony

PENALTY:   Count 1 -5 years imprisment; $250,000 fine, 3 years supervised
release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year
supervised release; $25 mandatory assessment each count

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*FILED* (stamp)

DEC 3 - 2013

─── DEFENDANT - U.S. ───

▸ Joshua John Covelli

DISTRICT COURT NUMBER
11-00471 DLJ

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW
DOCKET NO.

☒ this prosecution relates to a
pending case involving this same
defendant
} MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form     MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Matthew Parrella

─── DEFENDANT ───

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction           ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes     If "Yes"
been filed?    ☐ No       } give date
filed

DATE OF
ARREST     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▸
TO U.S. CUSTODY     Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
☒ SUPERSEDING

─── OFFENSE CHARGED ───

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(I)
Intentional Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)
Reckless Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)

☐ Petty
☐ Minor
☒ Misde-meanor
☒ Felony

PENALTY:   Count 1 -5 years imprisonment; $250,000 fine, 3 years supervised release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year supervised release; $25 mandatory assessment each count

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Filed

DEC 3 - 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

─── DEFENDANT - U.S. ───

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

DISTRICT COURT NUMBER
11-00471 DLJ

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction          } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____

DATE OF ARREST _____   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year _____

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   } SHOW DOCKET NO. _____
   ☐ U.S. ATTORNEY   ☐ DEFENSE

☒ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT          Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments: _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
                                   ☒ SUPERSEDING

### OFFENSE CHARGED

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(I)
Intentional Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)
Reckless Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)

☐ Petty
☐ Minor
☒ Misde-
     meanor
☒ Felony

PENALTY: Count 1 -5 years imprisonment; $250,000 fine, 3 years supervised
release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year
supervised release; $25 mandatory assessment each count

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

~~Filed~~

DEFENDANT - U.S.

DISTRICT COURT NUMBER
11-00471 DLJ

_Filed_
DEC 3 - 2013
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW
DOCKET NO.

☒ this prosecution relates to a
pending case involving this same
defendant

} MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

}

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew Parrella

### DEFENDANT

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
       summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction            } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
       If answer to (6) is "Yes", show name of institution

Has detainer     ☐ Yes   } If "Yes"
been filed?      ☐ No       give date
                            filed

DATE OF         Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____      Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

☒ SUPERSEDING

─── OFFENSE CHARGED ───

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(I)
Intentional Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)
Reckless Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)

☐ Petty
☐ Minor
☒ Misde-meanor
☒ Felony

PENALTY: Count 1 -5 years imprisonment; $250,000 fine, 3 years supervised
release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year
supervised release; $25 mandatory assessment each count

─── Name of District Court, and/or Judge/Magistrate Location ───

*Filed*

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DEC 3 – 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA

─── DEFENDANT - U.S ───

► Matthew Keys

DISTRICT COURT NUMBER

11-00471 DLJ

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☒ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form     MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Matthew Parrella

─── DEFENDANT ───

IS **NOT** IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges  ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   } If "Yes"
been filed?    ☐ No     give date
filed

DATE OF        Month/Day/Year
ARREST  ►

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ►     Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance       * Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____     Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

☒ SUPERSEDING

---

### OFFENSE CHARGED

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(I)
Intentional Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)
Reckless Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)

☐ Petty
☐ Minor
☒ Misde-meanor
☒ Felony

PENALTY: Count 1 -5 years imprisonment; $250,000 fine, 3 years supervised
release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year
supervised release; $25 mandatory assessment each count

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*Filed*

DEC 3 - 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### DEFENDANT - U.S

▶ Vincent Kershaw

DISTRICT COURT NUMBER

11-00471 DLJ

---

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW
DOCKET NO.

☒ this prosecution relates to a
pending case involving this same
defendant

} MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

}

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew Parrella

---

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes   } If "Yes"
been filed?  ☐ No      give date
filed

DATE OF
ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____    Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*Filed*

### OFFENSE CHARGED

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(I)
Intentional Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)
Reckless Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)

☐ Petty
☐ Minor
☒ Misde-meanor
☒ Felony

PENALTY:  Count 1 -5 years imprisonment; $250,000 fine, 3 years supervised release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year supervised release; $25 mandatory assessment each count

### DEFENDANT - U.S

▶ Ethan Miles

DEC 3 - 2013

DISTRICT COURT NUMBER

11-00471 DLJ

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding.
   ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
                          ☐ No

DATE OF ARREST ▶          Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:          Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

☒ SUPERSEDING

### OFFENSE CHARGED

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(I)
Intentional Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)
Reckless Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)

☐ Petty
☐ Minor
☒ Misde-
   meanor
☒ Felony

PENALTY:  Count 1 -5 years imprisonment; $250,000 fine, 3 years supervised
release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year
supervised release; $25 mandatory assessment each count

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*Filed*

### DEFENDANT - U.S

► James Murphy

DEC 3 - 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DISTRICT COURT NUMBER

11-00471 DLJ

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court,
give name of court

_____

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                              SHOW
  ☐ U.S. ATTORNEY  ☐ DEFENSE      DOCKET NO.  }

☒ this prosecution relates to a
pending case involving this same
defendant                        MAGISTRATE
                                 CASE NO.     }

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under    }

Name and Office of Person
Furnishing Information on this form     MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Matthew Parrella

### DEFENDANT

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction          ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

_____

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No      give date }
                        filed

DATE OF                 Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►      Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
  ☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
  ☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

_____

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

### OFFENSE CHARGED

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(I)
Intentional Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)
Reckless Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)

☐ Petty
☐ Minor
☒ Misde-
   meanor
☒ Felony

PENALTY:   Count 1 -5 years imprisonment; $250,000 fine, 3 years supervised
release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year
supervised release; $25 mandatory assessment each count

**Filed**

### DEFENDANT - U.S

► Drew Allan Phillips           DEC 3 - 2013

DISTRICT COURT NUMBER   RICHARD W. WIEKING
                        CLERK, U.S. DISTRICT COURT
11-00471 DLJ            NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
}   SHOW
    DOCKET NO.

☒ this prosecution relates to a
pending case involving this same
defendant
}   MAGISTRATE
    CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Matthew Parrella

### DEFENDANT

**IS NOT IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
}   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    }   give date
                           filed

**DATE OF**           Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**   Month/Day/Year
**TO U.S. CUSTODY** ►

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance   * Where defendant previously apprehended on complaint, no new summons or
                                         warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

_____

Date/Time: _____   Before Judge: _____

Comments:                                    △10

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

SAN JOSE DIVISION

### OFFENSE CHARGED

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(I)
Intentional Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)
Reckless Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)

☐ Petty
☐ Minor
☒ Misde-
   meanor
☒ Felony

PENALTY: Count 1 -5 years imprisonment; $250,000 fine, 3 years supervised
release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year
supervised release; $25 mandatory assessment each count

DEFENDANT - U.S

▶ Jeffrey Puglisi

**Filed**

DISTRICT COURT NUMBER DEC 3 - 2013

11-00471 DLJ   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
   SAN JOSE

DEFENDANT

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☒ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form      MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Matthew Parrella

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?   ☐ No   give date
   filed

DATE OF
ARREST      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶      Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Comments:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:      Before Judge:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☒ SUPERSEDING

| OFFENSE CHARGED | | Name of District Court, and/or Judge/Magistrate Location |
|---|---|---|

**OFFENSE CHARGED**

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(I)(I)
Intentional Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)
Reckless Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)

☐ Petty
☐ Minor
☒ Misde-meanor
☒ Felony

PENALTY: Count 1 -5 years imprisonment; $250,000 fine, 3 years supervised
release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year
supervised release; $25 mandatory assessment each count

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DEFENDANT - U.S

► Daniel Sullivan

Filed

DEC 3 - 2013

DISTRICT COURT NUMBER

11-00471 DLJ

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☒ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form      MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Matthew Parrella

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction         ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date
filed

DATE OF
ARREST         Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☒ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
| --- |
| NORTHERN DISTRICT OF CALIFORNIA |
| SAN JOSE DIVISION |

**Filed**

— OFFENSE CHARGED —

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(l)
Intentional Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)
Reckless Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)

☐ Petty
☐ Minor
☒ Misde-meanor
☒ Felony

PENALTY:   Count 1 -5 years imprisonment; $250,000 fine, 3 years supervised release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year supervised release; $25 mandatory assessment each count

— DEFENDANT - U.S ——

DEC 3 - 2013

► Tracy Ann Valenzuela

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DISTRICT COURT NUMBER

11-00471 DLJ

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew Parrella

— DEFENDANT —

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☒ SUPERSEDING

### OFFENSE CHARGED

Conspiracy - 18 U.S.C. 1030(b), (c)(4)(A)(i)(I)   ☐ Petty
Intentional Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(A), (c)(4)(G)(i)   ☐ Minor
Reckless Damage to a Protected Computer -
18 U.S.C. 1030(a)(5)(B), (c)(4)(G)(i)   ☒ Misde-
meanor

☒ Felony

PENALTY:  Count 1 -5 years imprisonment; $250,000 fine, 3 years supervised
release; $100 mandatory special assessment
Counts 2-16 - 1 year imprisonment; $100,000 fine; 1 year
supervised release; $25 mandatory assessment each count

Name of District Court, and/or Judge/Magistrate Location
### NORTHERN DISTRICT OF CALIFORNIA
#### SAN JOSE DIVISION

*Filed*

#### DEFENDANT - U.S

▶ Christopher Vo                    DEC 3 - 2013

DISTRICT COURT NUMBER   RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
11-00471 DLJ   NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court,
give name of court

_____

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                    SHOW
☐ U.S. ATTORNEY  ☐ DEFENSE    DOCKET NO.
}

☒ this prosecution relates to a
pending case involving this same
defendant                              MAGISTRATE
                                       CASE NO.
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Matthew Parrella

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior ▶
summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction        }  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No    }  give date
filed

DATE OF                Month/Day/Year
ARREST
_____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED      ▶  Month/Day/Year
TO U.S. CUSTODY
_____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

_____

Date/Time: _____   Before Judge: _____

Comments: